PEOPLE v BROYER

*ORDER*

Entered May 8, 1975.—REPORTER.

On order of the Court, the application by defendant-appellant for leave to appeal is considered, and the same is granted. This Court, *sua sponte,* under GCR 1963, 865.1(7), hereby reverses the decision of the Court of Appeals, vacates defendant's conviction, and orders defendant discharged. Under the four-factor analysis of *People v Collins,* 388 Mich 680, 688–695; 202 NW2d 769 (1972), it is clear that defendant was denied his right to a speedy trial.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William F. Delhey,* Prosecuting Attorney, and *Lynwood E. Noah,* Assistant Prosecuting Attorney for the people. *State Appellate Defender Office* (by *Stuart M. Israel),* for defendant. (Docket No. 56518.) Reported below: 56 Mich App 685.

M. S. COLEMAN, J., dissenting.

SWAINSON, J., not participating.